Andrew P. Holland/Bar No. 224737
aholland@thoits.com
Mark V. Boennighausen/Bar No. 142147
mboennighausen@thoits.com
Misasha S. Graham/Bar No. 237187
mgraham@thoits.com
THOITS LAW
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone:  (650) 327-4200
Facsimile:  (650) 325-5572

**Attorneys for Plaintiff**
**Color Image Apparel, Inc.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **COLOR IMAGE APPAREL, INC.** **a California corporation,** | No. |
| Plaintiff, | **COMPLAINT FOR:** |
| v. | **1. PATENT INFRINGEMENT** |
| **NAMASTETICS, INC., a** **Canadian corporation; DOES 1** **through 10, inclusive,** | **2. UNFAIR COMPETITION** |
| Defendants. | **DEMAND FOR JURY TRIAL** |

Plaintiff Color Image Apparel, Inc. ("CIA") alleges against defendants Namastetics, Inc. ("Defendant" or "Namastetics") and Does 1 through 10, as follows:

## NATURE OF THE CASE

1.      This is an action at law and in equity for patent infringement and unfair competition, arising under 35 U.S.C. section 271 *et seq.* and common law unfair competition.

2.     CIA is the creator of ALO® and ALO Yoga® (collectively, "ALO Yoga"), a well-known and exceedingly popular line of athletic wear designed for both athletic and non-athletic settings.  This line includes, among other distinctive designs, ALO Yoga's Goddess Legging ("Goddess Legging"), which is at issue in this case.

3.     Namastetics, without authorization, is copying CIA's distinctive Goddess Legging design and, as a result, is offering for sale and selling products that are confusingly similar to the Goddess Legging.  Defendant's products are not manufactured by CIA and are not connected to or endorsed by CIA in any way.  As a result, Defendant is infringing CIA's patent on the Goddess Legging.  In addition, Defendant's merchandise is likely to cause confusion in the marketplace and to deceive consumers and the public regarding its source.

## PARTIES

4.     Plaintiff Color Image Apparel, Inc. is a California corporation with its principal place of business at 6670 Flotilla Street, Commerce, California, 90040.

5.     On information and belief, Defendant Namastetics, Inc. is a Canadian corporation with its principal place of business at 61 Edgewater Drive, Stoney Creek, ON L8E 4Z2, Canada.

6.     The true names and capacities of defendants sued herein as Does 1 through 10, inclusive, are unknown to Plaintiff and Plaintiff therefore sues these defendants by such fictitious names.  Plaintiff will amend this complaint to allege their true names and capacities when ascertained.

7.     On information and belief, Namastetics has purposefully directed business activities toward consumers residing in this judicial district, including but without limitation by offering for sale, selling, and entering into sales contracts for their infringing products with residents of this judicial district, and calculating and

THOITS LAW
A PROFESSIONAL CORPORATION
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200

collecting California sales tax on sales of the infringing products to residents of this judicial district.

8.     By engaging in the activities set forth herein, Namastetics has purposefully availed themselves of the privilege of conducting activities in this forum, thereby invoking the benefits and protections of the laws of the State of California, and of this judicial district in particular.

## JURISDICTION AND VENUE

9.     This action arises under 35 U.S.C. section 271 *et seq.* and common law unfair competition.   This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. sections 1331 and 1338, as CIA's claims arise under the Patent Act.   This Court has supplemental jurisdiction pursuant to 28 U.S.C. sections 1338(b) and 1367 over CIA's claims arising under the laws of the State of California.

10.     This Court has personal jurisdiction over Namastetics as, on information and belief, Namastetics is doing business in this judicial district through its website (https://www.namastetics.com/), through which it advertises and sells goods that infringe CIA's design patent to consumers residing in this judicial district, thereby invoking the benefits and protections of the laws of this judicial district.

11.     Namastetics has distributed or sold infringing merchandise within this judicial district, has manufactured or distributed products used or consumed within this judicial district in the ordinary course of trade, or has otherwise made or established contacts within this judicial district sufficient to permit the exercise of personal jurisdiction. Venue is proper in this judicial district under 28 U.S.C. section 1391(b)(2) as, on information and belief, a substantial part of the events, omissions and acts causing injury that are the subject matter of this action arise out of or relate to Namastetics's activities within this judicial district.

/ / /

THOITS LAW
A PROFESSIONAL CORPORATION
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200

## FACTUAL ALLEGATIONS

12.    CIA's innovative concept of creating an exercise pant with integrated legwarmer revolutionized the athletic wear market when it was first marketed and quickly became one of the hallmarks of the ALO Yoga® brand, known for its distinctive appearance and ornamental legwarmer design.

13.    On September 6, 2016, the United States Patent and Trademark Office duly and legally issued United States Design Patent No. US D765,346 S (the "'346 Patent"), which covers products sold under ALO Yoga's "Goddess Legging" collection.  A true and correct copy of the '346 Patent is attached hereto as **Exhibit A**.  CIA is the owner of the entire right, title, and interest in and to the '346 Patent, and owned the '346 Patent throughout the period of Defendant's infringing acts. CIA still owns the '346 Patent.

14.    Certain Namastetics leggings marketed under the "Fusion" line infringe the '346 Patent (collectively, the "Accused Products"). True and correct copies of photographs of the infringing Accused Products as displayed on Namastetics's website (https://www.namastetics.com), Facebook Account, and Instagram Account are attached hereto as **Exhibit B**.

15.    The overall appearance and design of the invention embodied in the '346 Patent and the corresponding design of the infringing Accused Products are substantially the same.

16.    On information and belief, an ordinary observer will perceive the overall appearance of the design of the invention embodied in the '346 Patent and the corresponding designs of Defendant's infringing Accused Products to be substantially the same.

17.    Table 1, below, shows side-by-side comparisons of the '346 Patent design (left), with the infringing Fusions-Black leggings (right) as an example of

THOITS LAW
A PROFESSIONAL CORPORATION
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200

the entire Accused Products line.  A copy of Table 1 is also attached as **Exhibit C**.

| Table 1: Comparison of '346 Patent and Defendant's Infringing Fusions Leggings | |
| --- | --- |
| **'346 Patent Figures** | **Defendant's Infringing Leggings** |
| | |
| | *comparable image not available* |

THOITS LAW
A PROFESSIONAL CORPORATION
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

THOITS LAW
A PROFESSIONAL CORPORATION
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200

1
2
3
4
5
6
7
8
9
10
11



THOITS LAW
A PROFESSIONAL CORPORATION
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200

12    18.    Namastetics offers for sale and sells the Accused Products to customers

13  in the United States through its website and social media ads.    Furthermore,

14  Namastetics indirectly infringes the '346 Patent because its customers use the

15  Accused Products.

16    19.    Upon information and belief, Namastetics offers to sell and sells the

17  Accused Products to customers with the specific intent to induce infringement of the

18  '346 Patent.

19    20.    Upon information and belief, Namastetics had knowledge that the

20  Accused Products are especially made or especially adapted for use in an

21  infringement of the '346 Patent and is not a staple article or commodity of commerce

22  suitable for substantial non-infringing use.

23    21.    Namastetics has infringed and is still infringing, directly and indirectly,

24  the '346 Patent by making, using, offering to sell, selling and/or importing athletic

25  leggings that embody the '346 Patent including, but not limited to, the Accused

26  Products.

22.   CIA has been manufacturing, advertising, and selling the Goddess Legging for both athletic and non-athletic use.   The Goddess Legging revolutionized the area of sports leggings due to the total image and overall appearance of its design, as it married the athletic nature of leggings with the aesthetic of more ballet-inspired pants with distinctive, non-functional attributes such as a flat front panel at the top of the leggings and a loose panel at the bottom of the leg which gives the appearance of an integrated leg warmer.

23.   On information and belief, Namastetics is, and will continue to manufacture, distribute, advertise, sell and offer for sale its unauthorized products in this judicial district and throughout the United States unless enjoined by this Court.

24.   The products manufactured, distributed, offered for sale and sold by Namastetics are not manufactured by CIA, nor is Namastetics associated or connected with CIA, or licensed, authorized, endorsed or approved by CIA in any way.

25.   Upon information and belief, Namastetics became aware of the infringement allegations and the '346 Patent at least as early as August 29, 2017 after a cease and desist letter was sent to Namastetics by CIA's counsel.  A true and correct copy of this letter is attached as **Exhibit D**.

26.   After receiving no response from Namastetics to its August 29, 2017 letter, counsel for CIA sent a follow-up letter on November 7, 2017.  A true and correct copy of this letter is attached as **Exhibit E**.

27.   In an email dated December 4, 2017, counsel for Namastetics responded to CIA.  Namastetics's response did not resolve the dispute.

/ / /

/ / /

THOITS LAW
A PROFESSIONAL CORPORATION
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200

THOITS LAW
A PROFESSIONAL CORPORATION
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200

## FIRST CLAIM FOR RELIEF

### (Patent Infringement – 35 U.S.C. §271)

28.     CIA repeats and incorporates by this reference each and every allegation contained in paragraphs 1 through 26 above, inclusive, as though set forth in full.

29.     Namastetics, without authorization from CIA, has made, used, offered for sale, sold, and/or imported in or into the United States, and continues to make, use, offer for sale, sell, and/or import in or into the United States, leggings having a design that infringes the '346 Patent.

30.     CIA has been and will continue to be irreparably harmed by Namastetics's infringement of the '346 Patent.

## SECOND CLAIM FOR RELIEF

### (Unfair Competition)

31.     CIA repeats and incorporates by this reference each and every allegation contained in paragraphs 1 through 29 above, inclusive, as though set forth in full.

32.     Namastetics's unauthorized actions and conduct as alleged herein constitute unfair competition under California common law, and have created and will continue to create a likelihood of confusion and irreparable harm, damage, and injury to CIA, including but not limited to injury to CIA's goodwill and business reputation, unless restrained and enjoined by this Court.

33.     On information and belief, Namastetics's unfair competition with CIA was, and is, done with full knowledge of CIA's statutory and common law rights and without regard to the likelihood of confusion to the public created by Namastetics's activities.

34.     Namastetics has caused and, unless restrained and enjoined by this

1   Court, will continue to cause irreparable harm, damage and injury to CIA, including

2   but not limited to injury to CIA's goodwill and business reputation.

3        35.    As a result of Namastetics's acts, CIA has suffered, is suffering, and

4   will continue to suffer irreparable injury for which CIA has no adequate remedy at

5   law.  CIA is therefore entitled to a permanent injunction against further infringing

6   conduct by Namastetics.

7                        **PRAYER**

8        WHEREFORE, Plaintiff prays for an order and judgment against Defendant

9   and requests relief as follows:

10        1.    A determination that this action is an exceptional case pursuant to the

11   Patent Act;

12        2.    A determination that Defendant has infringed the '346 Patent;

13        3.    That Defendant and its officers, directors, partners, agents, servants,

14   employees, attorneys, confederates, and all persons acting for, with, by, through or

15   under it, and any others within their control or supervision, and all others in active

16   concert or participation with the above, be enjoined during the pendency of this action

17   and permanently thereafter from infringing the '346 Patent in the manufacturing,

18   marketing, sales, distribution, promotion, advertising, identification, or in any other

19   manner in connection with apparel in the United States;

20        4.    That Defendant, and each of its officers, directors, partners, agents,

21   servants, employees, attorneys, confederates, and all persons acting for, with, by,

22   through or under them, and any others within their control or supervision, and all

23   others in active concert or participation with the above, be enjoined during the

24   pendency of this action and permanently thereafter from representing to anyone,

25   either orally or in writing, that their business or goods are affiliated with CIA in any

26   way or are approved by CIA;

THOITS LAW
A PROFESSIONAL CORPORATION
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200

5.     For an order requiring Defendant to cease offering for sale its infringing products, and to destroy all patterns, stencils, molds, plates, masters, or means of creating the infringing items;

6.     For an order requiring Defendant to instruct, within thirty (30) days after the entry of any preliminary or permanent injunction, any third-party website that carries Defendant's infringing products to cease selling those products at the earliest possible date;

7.     For an order requiring Defendant to file with the Clerk of this Court and serve CIA, within thirty (30) days after the entry of any preliminary or permanent injunction, a report in writing, under oath, setting forth in detail the manner and form in which Defendant has complied with 1 through 7 above;

8.     For an award of Defendant's profits and CIA's damages according to proof at trial and as detailed in this Complaint;

9.     For an award of three times CIA's damages or Defendant's profits in view of the intentional and willful nature of Defendant's acts, pursuant to 35 U.S.C. section 285 and as detailed in this Complaint;

10.    For an order requiring Defendant to account for and pay to CIA all gains, profits and advantages derived by Defendant from the unlawful activities alleged herein, and/or as a result of unjust enrichment as detailed in this Complaint;

11.    For an award of punitive damages according to proof;

12.    For an award of CIA's attorneys' fees for bringing and prosecuting this action pursuant to 35 U.S.C. section 285 and all applicable state statutes;

13.    For an award of CIA's costs and expenses incurred in bringing and prosecuting this action pursuant to 35 U.S.C. section 285 and all applicable state statutes; and

14.    For such further relief as this Court shall deem just and proper.

**JURY DEMAND**

Plaintiff Color Image Apparel, Inc. hereby demands trial by jury in the above entitled action pursuant to Fed. R. Civ. P. 38(b).

Dated:  January 18, 2018

THOITS LAW

By:    */s/ Andrew P. Holland*
Andrew P. Holland
Attorneys for Plaintiff
Color Image Apparel, Inc.

THOITS LAW
A PROFESSIONAL CORPORATION
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200