**Andrew P. Holland/Bar No. 224737**
aholland@thoits.com
**Mark V. Boennighausen/Bar No. 142147**
mboennighausen@thoits.com
**Misasha S. Graham/Bar No. 237187**
mgraham@thoits.com
**THOITS LAW**
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

**Attorneys for Plaintiff
Color Image Apparel, Inc.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| **COLOR IMAGE APPAREL, INC.** a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>**NAMASTETICS, INC.**, a Canadian corporation; DOES 1 through 10, inclusive,<br><br>Defendants. | No.<br><br>**NOTICE OF INTERESTED PARTIES** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, the undersigned, counsel of record for Plaintiff Color Image Apparel, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case:

Marco DeGeorge, Co-President of Color Image Apparel, Inc.

Daniel Harris, Co-President of Color Image Apparel, Inc.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated:  January 18, 2018

**THOITS LAW**

By:   */s/ Andrew P. Holland*
**Andrew P. Holland**
**Attorneys for Plaintiff**
**Color Image Apparel, Inc.**

THOITS LAW
A PROFESSIONAL CORPORATION
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200