# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| COLOR IMAGE APPAREL, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NAMASTETICS, INC.<br><br>Defendant. | Case No. 2:18-cv-00503 JAK (MRWx)<br><br>**CONSENT JUDGMENT**<br><br>**JS-6** |
|---|---|

Upon review of the Stipulation of the parties, IT IS HEREBY ORDERED:

The Court shall retain jurisdiction over the parties and subject matter of the action.

The parties have entered into a written confidential Settlement Agreement that sets forth the rights and obligations of Plaintiff and Defendant. The parties expressly agree that this Court will retain ancillary jurisdiction over this matter in law and equity for purposes of enforcing and/or adjudicating any violation of the Settlement Agreement. Any such matters shall be raised by motion.

Defendant shall refrain from designing, manufacturing, having made, importing, marketing, advertising, offering for sale, selling, or distributing Fusion Line Products, within the United States, as defined in the Settlement Agreement or assisting any third party in engaging in such activities, in the United States.

1 | The case is dismissed and judgment is entered consistent with the consent of the parties.
2 | **IT IS SO ORDERED.**

Dated: May 2, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE